# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Virgil Russell Purvis, Jr.
Attorney at Law
P.O. Box 298
Jonesville LA 71343

James J. Davidson, III
Davidson, Meaux, et al
P. O. Drawer 2908
Lafayette LA 70502

John Michael Veron
Veron, Bice, et al.
P. O. Box 2125
Lake Charles LA 70602-2125


**REHEARING ACTION: July 18, 2018**


**Docket Number: 17   00672-CA**

**BLACK RIVER CRAWFISH FARMS, LLC**
**VERSUS**
**JACK A. KING, JR., ET AL.**

**Appealed from Concordia Parish Case No. 47021**


**<u>BEFORE JUDGES</u>:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Shannon J. Gremillion**
    **Hon. John E. Conery**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Black River Crawfish Farms, LLC** has this day been

    **DENIED.**
    Thibodeaux, C.J., would grant the rehearing.


cc: Dennis Woodford Hallack, Counsel for the Appellee
    Paul M. Adkins, Counsel for the Appellee
    William Timothy Allen, III, Counsel for the Appellee